Anthony J. LARETTE, Appellant,

v.

Carl R. DOERHOFF, M.D., Respondent.

No. WD 39172.

Missouri Court of Appeals,
Western District.

Oct. 6, 1987.

Anthony J. Larette, pro se.

William L. Webster, Atty. Gen., Kelly Mescher, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of medical malpractice action. Affirmed. Rule 84.16(b).